AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Luis Gabriel VILLALBA-Garcia<br><br>*Defendant(s)* | )<br>)<br>)  Case No: 18 po 2040<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of <u>May 11, 2018</u> in the county of <u>Hidalgo</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1325(a)(1)(EWI Misdemeanor)</u>, an offense described as follows:

entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers

This criminal complaint is based on these facts:
On May 15, 2018, the defendant was encountered by U.S. Border Patrol Agents in Grant County, New Mexico.  The defendant admitted being a citizen of Mexico illegally crossing the U.S. / Mexico International Boundary on May 11, 2018, approximately 26 mile(s) northeast of the Antelope Wells, New Mexico Port of Entry, at a place not designated as a legal international Port of Entry.  There is no evidence to indicate that the defendant has applied for permission from the appropriate authority to enter or remain in the United States legally.

☐ Continued on the attached sheet.

*Complainant's signature*

Daniel Davidson  Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 17, 2018

*Judge's signature*

KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE

City and state: Las Cruces, N.M.

*Printed name and title*